ANDREW G. PROUT, BAR NO. 287325
ROY Z. SILVA, BAR NO. 137483
ARTHUR R. CONNORS, BAR NO. 314306
ROSS, WOLCOTT, TEINERT & PROUT LLP
Attorneys at Law
3151 Airway Ave., Building E
Costa Mesa, California 92626
Telephone: (714) 444-3900

Attorneys for Defendant
XEROX CORPORATION

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION, and DOES 1-10, inclusive.<br><br>Defendants. | CASE NO. 5:25-cv-05044-SK<br><br>(Santa Clara County Superior Court Case No. 25CV465457)<br><br>**NOTICE OF ERRATA RE DECLARATION OF ANDREW G. PROUT IN SUPPORT OF PETITION AND NOTICE OF REMOVAL [ECF DKT NO, 1-1]**<br><br>Date State Action Filed: May 8, 2025<br>Removal Date: June 13, 2025 |

**NOTICE OF ERRATA RE DECLARATION IN SUPPORT OF NOTICE OF REMOVAL**

**TO THE COURT, THE PLAINTIFF, AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant XEROX CORPORATION ("Defendant") submits this Notice of Errata to inform the Court that it inadvertently omitted the documents described as Exhibit A to the Declaration of Andrew G. Prout in Support of Petition and Notice of Removal ("Declaration") [ECF Dkt No. 1-1].

As such, Defendant will file the corrected Declaration with Exhibit A concurrently with this Notice of Errata. Defendant anticipates this Notice to be docketed as ECF No. 8 and the corrected Declaration will be ECF Dkt No. 8-1.

DATED: June 24, 2025

ROSS, WOLCOTT, TEINERT & PROUT LLP

By: /s/ Andrew G. Prout
ANDREW G. PROUT
ROY Z. SILVA
ARTHUR R. CONNORS
Attorneys for Defendant
XEROX CORPORATION