ANDREW G. PROUT, BAR NO. 287325
ROY Z. SILVA, BAR NO. 137483
ARTHUR R. CONNORS, BAR NO. 314306
ROSS, WOLCOTT, TEINERT & PROUT LLP
Attorneys at Law
3151 Airway Ave., Building E
Costa Mesa, California 92626
Telephone: (714) 444-3900

Attorneys for Defendant
XEROX CORPORATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>  Plaintiff,<br><br>v.<br><br>XEROX CORPORATION, and DOES 1-10, inclusive.<br><br>  Defendants. | CASE NO. 5:25-cv-05044-SK<br><br>(Santa Clara County Superior Court Case No. 25CV465457)<br><br>**NOTICE OF ERRATA RE NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §§ 1332 AND 1441**<br><br>Date State Action Filed: May 8, 2025<br>Removal Date: June 13, 2025 |

**NOTICE OF ERRATA RE NOTICE OF REMOVAL**

**TO THE COURT, THE PLAINTIFF, AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Xerox Corporation hereby submits this Notice of Errata regarding its Removal of Civil Action Pursuant to 28 U.S.C. §§ 1332 and 1441 ("Notice of Removal"). Upon review of Defendant's Notice of Removal, Counsel for Xerox Corporation noticed an erratum that needed correction as follows:

**Page 2, Paragraph 5:**

Original: The Notice of Removal cites to the Declaration of Andrew G. Prout in support of the allegation that Plaintiff is a 501(c)(3) organization located in Redwood City, California.

Corrected: The citation at the end of Paragraph 5 is to be deleted in its entirety. The allegation that Plaintiff is a 501(c)(3) organization located in Redwood City, California remains and was made in good faith based upon Counsel for Xerox Corporation's review of Plaintiff's form 990-T filed with the IRS, which is open to public inspection.

DATED: June 24, 2025

ROSS, WOLCOTT, TEINERT & PROUT LLP

By: /s/ Arthur R. Connors
ANDREW G. PROUT
ROY Z. SILVA
ARTHUR R. CONNORS
Attorneys for Defendant
XEROX CORPORATION